✎AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

                     WESTERN                      District of                      ARKANSAS

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| DOUGLAS EDWARD JONES | Case Number: 2:02CR20002-001 |
|  | USM Number: 06169-010 |
|  | Mark Ford |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    #2, #5, and #6   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| New Law Violation | Arrested & Charged with Promoting Obscene Material on 04/17/2005 by Clarksville, AR PD. | 04/17/2005 |
| Special Condition #2 | Failure to Report and Submit Written Report | 04/05/2006 |
| Special Condition #5 | Failure to Maintain Employment | 04/14/2006 |
| Special Condition #6 | Failure to Notify Probation Office of Change in Employment | 04/14/2006 |

        The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)    New Law Violation    and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | XXX/XX/8980 | December 11, 2006 |
|---|---|---|
| | | Date of Imposition of Judgment |
| Defendant's Date of Birth: | XX/XX/1967 | |
| | | /s/ Robert T. Dawson |
| | | Signature of Judge |
| Defendant's Residence Address: | | |
| XXXXXXXXXX | | |
| Clarksville, AR 72830 | | Robert T. Dawson, United States District Judge |
| | | Name and Title of Judge |
| | | December 11, 2006 |
| | | Date |
| Defendant's Mailing Address: | | |
| Same as above | | |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:          DOUGLAS EDWARD JONES
CASE NUMBER:        2:02CR20002-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    six (6) months.  No Supervision will follow term of imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL